**Opinion issued July 2, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-19-00050-CV

———————————

## IN RE AMBER YEAGER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Amber Yeager, has filed a petition for writ of mandamus asking that we order the trial court to vacate its January 11, 2019 order declining to exercise jurisdiction over the case.[1]

---

[1] The underlying case is *In the Interest of C.B., a child*, Cause no. 10-FD-0068, pending in the County Court at Law No. 1 of Galveston County, Texas, the Hon. John Grady presiding.

The petition for writ of mandamus is **DENIED**. We also lift the stay previously ordered in this case.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.